IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01534-REB-MJW

JAMES R.  WATKINS,

Plaintiff(s),

v.

DENVER POLICE OFFICER JOHN RUDDY, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendants' Stipulated Motion for Extension of Time to Respond to Plaintiff's Complaint (docket no. 8) is GRANTED.  The Defendants shall have up to and including September 14, 2009, to file their Answer or otherwise defend.

It is FURTHER ORDERED that Defendants' Unopposed (Stipulated) Motion to Vacate Scheduling Conference Set on August 24, 2009 (docket no. 7) is GRANTED finding good cause shown.  The Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on August 24, 2009, at 9:30 a.m. is VACATED and RESET to October 1, 2009, at 8:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The parties shall file their proposed Rule 16 Scheduling Order with the court five (5) days before the Rule 16 Scheduling Conference.

Date:  August 19, 2009