# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01534-REB-MJW

**JAMES R. WATKINS,**

    Plaintiff,

**v.**

**DENVER POLICE OFFICER JOHN RUDDY,**
**DENVER POLICE OFFICER RANDY PENN, Individually and Severally, and**
**CITY AND COUNTY OF DENVER,**

    Defendants.

---

## ORDER
## (DN 26)

---

It is hereby ORDERED that the Defendants' Motion to Vacate and Re-set Settlement Conference (DN 26), set on December 16, 2009, at 9:00 a.m. is GRANTED. The Settlement Conference set for December 16, 2009, at 9:00 a.m. is hereby VACATED, and is RESET on February 22, 2010, at 1:30 p.m. in Courtroom A-502, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Confidential Settlement Statements are due on or before February 16, 2010.

Dated this 3rd Day of December, 2009

                                  BY THE COURT:

                                  s/Michael J. Watanabe
                                  _____
                                  Michael J. Watanabe
                                  United States Magistrate Judge