IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01534-REB-MJW

JAMES WATKINS,

    Plaintiff,

v.

DENVER POLICE OFFICER JOHN RUDDY,
DENVER POLICE OFFICER RANDY PENN, individually and severally, and
CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**Blackburn, J.**

The matter before me is defendant's **Response To Show Cause Order** [#37] filed April 6, 2010. Based on defendant's response, I find that the order should be discharged.

**THEREFORE, IT IS ORDERED** that my **Order To Show Cause** [#36] filed April 2, 2010, is **DISCHARGED**.

Dated April 7, 2010, at Denver, Colorado.

                                            BY THE COURT:

                                            Robert E. Blackburn
                                            United States District Judge