IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01534-REB-MJW

JAMES R. WATKINS,

Plaintiff(s),

v.

DENVER POLICE OFFICER JOHN RUDDY, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 40) is GRANTED finding good cause shown. The written Protective Order (docket nol 40-1) is APPROVED as amended in paragraphs 11 and 12, and made an Order of Court.

Date: May 10, 2010