IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01534-REB-MJW

JAMES R. WATKINS,

    Plaintiff,

v.

DENVER POLICE OFFICER JOHN RUDDY,
DENVER POLICE OFFICER RANDY PENN, individually and severally, and
CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER DISMISSING CERTAIN CLAIMS

**Blackburn, J.**

The matter before me is the **Joint Stipulated Motion To Dismiss Plaintiff's 8th Amendment Claims In The First and Second Claims For Relief and The Fourth, Fifth, and Sixth Claims For Relief With Prejudice** [#57] filed July 9, 2010. After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulated Motion To Dismiss Plaintiff's 8th Amendment Claims In The First and Second Claims For Relief and The Fourth, Fifth, and Sixth Claims For Relief With Prejudice** [#57] filed July 9, 2010, is **GRANTED**;

2. That plaintiff's 8th Amendment claims as stated in his First and Second Claims for relief are **DISMISSED WITH PREJUDICE**; and

3. That plaintiff's Fourth, Fifth, and Sixth Claims for relief are **DISMISSED WITH PREJUDICE**.

Dated July 12, 2010, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge