# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| Civil Action No. 09-cv-01534-REB-MJW | FTR - Courtroom A-502 |
| Date: July 23, 2010 | Courtroom Deputy, Ginny Kramer |
| JAMES R. WATKINS, | Timothy Edstrom |
|     Plaintiff | |
| v. | |
| JOHN RUDDY,<br>*Denver Police Officer,*<br>RANDY PENN,<br>*Denver Police Officer,*<br>*individually and severally,*<br>CITY AND COUNTY OF DENVER, | Thomas Bigler<br>Sean Olson |
|     Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:** SHOW CAUSE HEARING

**Court in session: 9:29 a.m.**

Court calls case. Appearances of counsel.

Plaintiff, Mr. James Watkins, is present in court.

Court and counsel discuss pending motions to withdraw as attorney.

Court and counsel discuss the Court's Show Cause Order of July 13, 2010, as to why the plaintiff shall not be held in contempt of court for not appearing for the settlement conference on July 13, 2010.

Statements to the Court by Mr. Edstrom, for the plaintiff.

Response by Mr. Bigler, for the defendants.

Reply by Mr. Edstrom.

That Court finds that the plaintiff has not shown good cause as to why he should not be held in contempt of court.

**It was ORDERED:**

1. That the Court finds the plaintiff in contempt of court and orders the plaintiff to pay the attorney fees and costs for the defendants having to appear on July 13, 2010, for the settlement conference.

2. That the defendants shall file an itemize affidavit of Bill of Costs and Attorney Fees with the court **on or before August 4, 2010,** for the July 13, 2010, settlement conference. That the plaintiff may file any response **on or before August 16, 2010.**

3. That the plaintiff's Motion to Withdraw as Attorney *Lisa Guerra*, [#64] filed July 14, 2010, is **GRANTED**. That Lisa Guerra is withdrawn as counsel for the plaintiff.

4. That the plaintiff's Motion to Withdraw as Attorney *by Joseph B. Conder* [#68] filed July 15, 2010, is **GRANTED**. That Joseph B. Conder is withdrawn as counsel for the plaintiff.

5. That the defendants Motion for Sanctions *Opposed* [#66] filed July 15, 2010, is **DENIED as MOOT**.

**Court in recess:** 9:44 a.m.

Total in-court time: 00:15 minutes
Hearing concluded

To order a transcript of this proceedings, contact Avery Woods Reporting Service.
(303) 825-6119     Toll Free 1-800-962-3345.   FAX (303) 893-8305     www.AveryWoods.net