IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CASE NO.: 09-CV-1534-REB-MJW

JAMES R. WATKINS,

Plaintiff,

V.

JOHN RUDDY, RANDY PENN and the CITY AND COUNTY OF DENVER, ET AL.,

Defendants. ( Docket po. 64 )

---

**PROPOSED ORDER RE: MOTION OF WITHDRAW OF COUNSEL FOR THE PLAINTIFF**

---

The following matter having come before this Honorable Court on counsel's request for motion of withdraw of counsel for the Plaintiff, in the above captioned matter, this Court hereby;

[X] Grant's the Defendant's motion. The Court's Clerk of Court shall remove Lisa A. Guerra from the CM/ECF Notice List.

[ ] Denies the Defendant's motion.

[ ] Hereby sets this matter over for further review on _____, 2010,

for the following reasons: _____

_____.

*[signature]* 7-23-10

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

1