IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CASE NO.: 09-CV-1534-REB-MJW

JAMES R. WATKINS,

Plaintiff,

V.

JOHN RUDDY, RANDY PENN and the CITY AND COUNTY OF DENVER, ET AL.,

Defendants.

( Docket No. 68 )

PROPOSED ORDER RE: MOTION OF WITHDRAW OF COUNSEL FOR THE PLAINTIFF

The following matter having come before this Honorable Court on counsel's request for motion of withdraw of counsel for the Plaintiff, in the above captioned matter, this Court hereby;

[X] Grant's the Defendant's motion. *The Court's Clerk of Court shall Remove Joseph B. Carden from the*

[ ] Denies the Defendant's motion. *CM/ECF notice List.*

[ ] Hereby sets this matter over for further review on _____, 2010,

for the following reasons: _____

_____.

*[signature]* 7-23-10

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

1