IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 09-cv-01534-REB-MJW

JAMES R. WATKINS,

    Plaintiff,

v.

DENVER POLICE OFFICER JOHN RUDDY, and
DENVER POLICE OFFICER RANDY PENN,

    Defendants.

---

## ORDER APPROVING JUROR QUESTIONNAIRE

---

**Blackburn, J.**

    The attached **Juror Questionnaire** is approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated August 2, 2010 at Denver, Colorado.

                            BY THE COURT:

                            */s/ Robert E. Blackburn*
                            Robert E. Blackburn
                            United States District Judge