IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01534-REB-MJW

JAMES R. WATKINS,

    Plaintiff,

v.

DENVER POLICE OFFICER JOHN RUDDY,
DENVER POLICE OFFICER RANDY PENN, individually and severally, and
CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Dismissal With Prejudice** [#100] filed September 13, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Dismissal With Prejudice** [#100] filed September 13, 2010, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 14, 2010, at Denver, Colorado.

                                          **BY THE COURT:**

                                          *Bob Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge